**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael TAYLOR, Defendant–
Appellant.**

No. 10–7027.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2010.
Decided: Oct. 22, 2010.

Michael Taylor, Appellant Pro Se. David Alan Brown, Sr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Taylor appeals the district court's order denying his motion for the return of restitution payments. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Taylor,* No. 2:99–cr–00013–MR–1 (W.D.N.C. July 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

James Holman Browning, Jr., Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Dismissed and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.